**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 228 MAL 2020

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.    :

STEVEN JONES JR.,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.